

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-21-00178-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Joseph B. **SALINAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19512
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellee's motion for rehearing was originally due April 14, 2022. *See* TEX. R. APP. P. 49.1, 49.5. On April 12, 2022, appellee filed a motion requesting an extension of time to file his motion for rehearing until April 29, 2022. On April 14, 2022, appellee filed a motion for rehearing. Accordingly, appellee's motion for extension of time to file his motion for rehearing is **DENIED AS MOOT**. The panel will rule on appellee's motion for rehearing at a later date.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court